UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-00354-ODW-PD                    Date: February 18, 2026

Title   *Maher Farik Moric Kelada v. Ernesto Santacruz, Jr., et al.*

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

|  |  |
|---|---|
| Isabel Verduzco | N/A |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

N/A                                              N/A

**Proceedings (In Chambers):        Order To Show Cause Why Petition Should Not Be Granted**

On January 27, 2026, Petitioner Maher Rafik Moric Kelda filed a counseled Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  Dkt. No. 1.  On January 30, 2026, the Court issued an order requiring Respondents to file a response to the petition by February 13, 2026.  Dkt. No. 4.  CM/ECF shows that the order was electronically mailed to the following: "OIL-DCS Trial Attorney" at oil-dcs.cacd@usdoj.gov, caseview.ecf@usdoj.gov, USACAC.Habeas@usdoj.gov; and "Assistant 2241-194 US Attorney LA-CV" at USACAC.Habeas@usdoj.gov, CaseView.ECF@usdoj.gov, and USACAC.Civil@usdoj.gov.

To date, Respondents have not filed a response.

Respondents are ordered to show cause by **February 23, 2026** why the Petition should not be granted.  The order to show cause can be discharged by filing a response to the Petition and a declaration addressing the failure to comply with the Court-ordered deadline.

IT IS SO ORDERED.