SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
ROBERT CAULEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAULEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAINT MARY'S ENTERPRISES, INC;<br>JIMMY DEL ROSARIO STINSON.,<br>AS TRUSTEE OF THE JIMMY AND<br>ANN MAE STINSON FAMILY<br>TRUST; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:26-cv-00354-PD**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff ROBERT CAULEY ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  March 12, 2026                **SO. CAL EQUAL ACCESS GROUP**


                                                        _/s/ Jason J. Kim_____
                                                        JASON J. KIM
                                                        Attorney for Plaintiff

-2-

NOTICE OF SETTLEMENT OF ENTIRE CASE